IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION
SITTING AT GREENEVILLE, TN

| | | |
|---|---|---|
| JIMMY H. HILL and<br>KENNY HARTMAN, | )<br>)<br>) | |
| Plaintiffs | )<br>) | |
| vs. | )<br>) | No. _____ |
| UNITED WHOLESALE<br>MORTGAGE, LLC,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>a/k/a "MERS", and FEDERAL HOME<br>LOAN MORTGAGE CORPORATION,<br>a/k/a "FREDDIE MAC", | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants | ) | |

**COMPLAINT FOR REFORMATION**

Come the Plaintiffs and for their Complaint for Reformation allege and state as follows:

1. Plaintiffs are citizens and residents of Greene County, Tennessee, and own the real property, which is the subject of this complaint.

2. The Defendant, United Wholesale Mortgage, LLC, hereinafter "United," is a Michigan Limited Liability Company, but doing business in Tennessee. Its agent for service

-1-

of process is CT Corporation System 300 Montvue Road Knoxville, Tennessee 37919-5546.

3.  Mortgage Electronic Registration Services, Inc., a/k/a "MERS," has an address of P.O. Box 2026, Flint, Michigan, 48601-2026, and is the nominee for United and its successors and assigns and is the named beneficiary of the Deed of Trust that is the subject of this Complaint.

4.  Federal Home Loan Mortgage Corporation, a/k/a "Freddie Mac," is a federally chartered corporation and is the current holder of the Promissory Note executed by Roger G. Matthews and Dorothy L. Matthews secured by the Deed of Trust that is the subject of this Complaint. It has an address of 8200 Jones Branch Road, McLean, Virginia, 22102-3110.

5.  Jurisdiction of the District Court is based on diversity and citizenship and the amount at issue is greater than $75,000.00, as per 28 U.S.C. §1332.

6.  Plaintiffs are residential builders and purchased Lot 1, 2, 3 and 4 of the J. M. Ricker Subdivision, a plat of which is of record in Plat Cabinet A, slide 194, in the Register's Office for Greene County, Tennessee, and the Deed was recorded at Book 620A, Page 546 in said Register's Office a copy of which is attached hereto as **Exhibit A**.

7.  Plaintiffs built a residence on Lot 1 of said subdivision for sale to the public.

-2-

Case 2:21-cv-00121-TRM-CRW   Document 1   Filed 08/10/21   Page 2 of 6   PageID #: 2

8. Plaintiffs entered into a contract to convey title to the parcel at 1935 Erwin Highway, which was Lot 1, and the newly constructed residence to Robert G. Matthew and wife, Dorothy L. Matthew for the purchase price of $359,000.00. A copy of same is attached hereto as **Exhibit B**.

9. A Warranty Deed was prepared by Park Avenue Title, LLC, bearing the date June 7, 2021 by which Jimmy H. Hill and Kenny Hartman were supposed to convey to Robert G. Matthew and wife, Dorothy L. Matthew, Lot 1 of the J. M. Ricker Subdivision.

10. The deed contained a major mistake in that the description therein described Lots 1, 2, 3 and 4 of the J. M. Ricker Subdivision as the property being transferred, instead of the intended Lot 1 only. A copy is attached as **Exhibit C**.

11. A deed of trust was prepared by the Defendant, United Wholesale Mortgage, LLC of 585 South Boulevard East, Pontiac MI 48341 and attached there to was a mistaken description for all Lots 1,2,3 and 4 of the J.M. Ricker Subdivision to secure the repayment of a loan in the amount of $299,000.00, with the named borrowers being Robert G. Matthew and Dorothy L Matthew and same was recorded at Book 661A, page 696, in the Register's Office for Greene County, Tennessee. A copy of pages one, two and three and the signature pages and the property description page are attached hereto as **Exhibit D**.

12. Shortly after the said deed and trust deed were placed of record, the Plaintiffs

learned that the description in both the deed and the trust deed were incorrect, because only Lot 1 was to have been transferred to the Matthews and only Lot 1 should have been pledged to secure the repayment of the debt to the Defendant, and Plaintiffs learned that all four lots had been transferred, which was a mutual mistake of the Plaintiffs, the Matthews, and the Lender.

13. Robert G. Matthew and wife, Dorothy L. Matthew cooperated in executing a deed of correction and the Matthews and Hill and Hartman executed same providing that only Lot 1 of the J. M. Ricker subdivision should have been transferred . It is recorded at Book 662A, page 1479, a copy of which is attached hereto as **Exhibit E**.

14. It was a mistake made by the lender to take a lien on Lots 2, 3, and 4 because the lender meant that only Lot 1would secure and should secure the subject Deed of Trust recorded at Book 661A, page 696 in said Register's Office as shown by the appraisal performed for it which was for the value of Lot 1 only. A copy of the first twelve pages confirming same are attached as **Exhibit F.**

15. Plaintiffs and their agents attempted to contact the appropriate person at United Wholesale Mortgage, LLC, to obtain a partial release of Lots 2, 3, and 4, but were unable to obtain a partial release of Lots 2, 3, and 4 of the Deed of Trust securing the Matthews' loan.

16. Plaintiffs have learned that the Matthews loan has been transferred by United to Freddie Mac, which is the current beneficiary of the Trust Deed needing reformation.

17. The deed of trust should be judicially reformed to delete Lots 2, 3, and 4 from the property description because neither the Hills, the Matthews, or United Wholesale Mortgage, LLC intended for Lots 2, 3, and 4 to secure the loan made to the Matthews.

Premises considered, Plaintiffs pray for relief as follows:

a. That proper process issue and be served upon United Wholesale Mortgage, LLC, MERS, and Freddie Mac;

b. That the Court reform the Deed of Trust by deleting from the description Lots 2, 3, and 4 of the J. M. Ricker Subdivision property and to declare that only Lot 1 of said subdivision shall secure the repayment of the loan of the Matthews in the amount of $299,000.00 and that the Deed of Trust at Book 661A, page 696, be reformed and corrected accordingly; and

c. And for such further and additional or relief to which they may be entitled, including attorneys fees.

-5-

*/s/William S. Nunnally*
William S. Nunnally, BPR #008193
LAUGHLIN, NUNNALLY, HOOD & CRUM, PC
100 South Main Street
Greeneville, TN 37743
423-639-5183

L:\Gen Litigation\Hill, Jimmy H & Hartman, Kenny v. United Wholesale Mortgage, LLC\Complaint

-6-