# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Jimmy H. Hill and Kenny Hartman <br><br> *Plaintiff(s)* <br> v. <br> United Wholesale Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., a/k/a "MERS", and Federal Home Loan Mortgage Corporation a/k/a "Freddie Mac" <br> *Defendant(s)* | Civil Action No. 2:21-cv-121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United Wholesale Mortgage, LLC
c/o Registered Agent: CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William S. Nunnally
Laughlin, Nunnally, Hood & Crum, PC
100 South Main Street
Greeneville, TN 37743
423-639-5183

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT.

Date: 08/11/2021 _____
Signature of Clerk or Deputy Clerk

Civil Action No. 2:21-cv-121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United Wholesale Mortgage LLC
was received by me on *(date)* 8-11-21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System , who is
designated by law to accept service of process on behalf of *(name of organization)*
United Wholesale Mortgage LLC on *(date)* August 14, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other:

**Certified Article Number**
9414 7266 9904 2182 7033 61
**SENDER'S RECORD**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-26-21

*Server's signature*

William S. Nunnally, attorney
*Printed name and title*

100 South Main, Greeneville TN 37743
*Server's address*

Additional information regarding attempted service, etc:

## Return Receipt (Form 3811) Barcode

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Sidney Glenn*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  AUG 1 4 2021  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

9590 9266 9904 2182 7033 64

1. Article Addressed to:

United Wholesale Mortgage, LLC
c/o Registered Agent CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5546

**Reference Information**

3. Service Type:
☒ Certified Mail  Civil Action 2:21-cv-121

Reference Information
Wendy

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2182 7033 61

PS Form 3811, Facsimile, July 2015                Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Jimmy H. Hill and Kenny Hartman <br><br> *Plaintiff(s)* <br> v. <br> United Wholesale Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., a/k/a "MERS", and Federal Home Loan Mortgage Corporation a/k/a "Freddie Mac" <br> *Defendant(s)* | Civil Action No. 2:21-cv-121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Home Loan Mortgage Corporation
a/k/a Freddie Mac
c/o Attorney General of the United States U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William S. Nunnally
Laughlin, Nunnally, Hood & Crum, PC
100 South Main Street
Greeneville, TN 37743
423-639-5183

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/11/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Home Loan Mortgage Corp (Freddie Mac)
was received by me on *(date)* 8-11-21.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Attorney General of the United States, who is
designated by law to accept service of process on behalf of *(name of organization)*
Freddie Mac on *(date)* 8-19-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Certified Article Number
9414 7266 9904 2182 7033 85
SENDER'S RECORD

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-26-21

_William Nunnally_
Server's signature

William S Nunnally attorney
Printed name and title

100 South Main, Greeneville TN 37743
Server's address

Additional information regarding attempted service, etc:

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: AUG 19 2021

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

**Reference Information**

3. Service Type:
☒ Certified Mail

Civil Action 2:21-cv-121

**Reference Information**
WSN / Wendy

Return Receipt (Form 3811) Barcode

9590 9266 9904 2182 7033 88

1. Article Addressed to:

Federal Home Loan Mortgage Cor
co Attorney General of United States US
Dpt of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2182 7033 85

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

Thank you for using Return Receipt Service

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Jimmy H. Hill and Kenny Hartman <br><br> *Plaintiff(s)* <br> v. <br> United Wholesale Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., a/k/a "MERS", and Federal Home Loan Mortgage Corporation a/k/a "Freddie Mac" <br> *Defendant(s)* | Civil Action No. 2:21-cv-121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mortgage Electronic Registration Systems, Inc.
a/k/a MERS
P.O. Box 2026
Flint, MI 48601-2026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William S. Nunnally
Laughlin, Nunnally, Hood & Crum, PC
100 South Main Street
Greeneville, TN 37743
423-639-5183

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/11/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mortgage Electronic Registration Systems Inc (MERS)__
was received by me on *(date)* __8-11-21__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Joseph M. Nanasy__, who is designated by law to accept service of process on behalf of *(name of organization)* __MERS__ on *(date)* __Aug 18, 2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other:

Certified Article Number
9414 7266 9904 2182 7033 78
SENDER'S RECORD

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8-26-21__

__Wm S Nunnally__
*Server's signature*

__William S Nunnally, attorney__
*Printed name and title*

__100 South Main, Greeneville, TN 37743__
*Server's address*

Additional information regarding attempted service, etc:

Return Receipt (Form 3811) Barcode

9590 9266 9904 2182 7033 71

1. Article Addressed to:

MERS
Mortgage Electronic Registration Systems, Inc.
PO Box 2026
Flint, MI 48601-2026

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2182 7033 78

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature: *Joseph M. Nanasy* ☒ Agent ☐ Addressee
X
B. Received by (Printed Name) *Joseph Nanasy*   C. Date of Delivery AUG 18 20__
D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

Reference Information
3. Service Type:
☒ Certified Mail   Action 2:21-cv-121
Reference Information
Wendy

Domestic Return Receipt

Case 2:21-cv-00121-TRM-CRW   Document 6   Filed 08/27/21   Page 9 of 9   PageID #: 74